UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAMELA S. SMITH,

                Plaintiff,                                     Case No. 1:06-CV-89

v.                                                Hon. Hugh W. Brenneman, Jr.

OSCEOLA COUNTY, et al,

                Defendants.

_____/

**ORDER TO COMPEL AND
TO AMEND CASE MANAGEMENT ORDER**

This matter having come before the court on Defendants Keith Rose, M.D. and Northern Edge Institute of Rehabilitation, P.C.'s Motion to Dismiss, or in the Alternative, Motion to Compel (docket no. 38), the opportunity for oral argument having been granted, and the court being fully advised in the premises:

IT IS HEREBY ORDERED that defendants' motion (docket no. 38) is GRANTED in part for the reasons set forth on the record.

IT IS FURTHER ORDERED that plaintiff shall serve full and complete, signed answers to Defendants Keith Rose, M.D. and Northern Edge Institute of Rehabilitation, P.C.'s interrogatories on or before **September 7, 2007.**

IT IS FURTHER ORDERED that plaintiff shall serve full and complete documents in response to Defendants Keith Rose, M.D. and Northern Edge Institute of Rehabilitation, P.C.'s Request to Produce on or before **September 7, 2007.** This includes a list of all treaters, signed authorizations, and treater reports.

1

IT IS FURTHER ORDERED that similar relief is provided to defendants Osceola County, James Crawford and David Fowler.

IT IS FURTHER ORDERED that plaintiff Pamela S. Smith shall appear for deposition on **September 18, 2007.**

The deadline for defendant's discovery is extended sixty days, or until **January 2, 2008**.  The remaining dates are adjusted as follows:

The dispositive motion deadline is extended to **February 1, 2008**.

The Final Pretrial Conference scheduled for April 14, 2008 at 10:00 a.m. is rescheduled to **Monday, June 16, 2008, at 9:00 a.m.**

Jury Selection and Trial, previously scheduled for May 5, 2008, at 9:00 a.m., shall commence **Monday, July 14, 2008, at 9:00 a.m.**  Counsel shall meet with the court in chambers at 8:30 a.m.  Counsel shall prepare for trial as outlined in the court's original case management order.

Dated:  August 30, 2007                            /s/ Hugh W. Brenneman, Jr.
                                                   HUGH W. BRENNEMAN, JR.
                                                   United States Magistrate Judge

2