UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAMELA S. SMITH,

        Plaintiff,

Case No. 1:06-cv-89

Hon. Hugh W. Brenneman, Jr.

vs.

OSCEOLA COUNTY, JAMES CRAWFORD,
DAVID FOWLER, KEITH ROSE, and,
NORTHERN EDGE INSTITUTE OF
REHABILITATION, P.C.,

        Defendants.
_____/

**ORDER**

In accordance with the Opinion filed this date:

**IT IS ORDERED** that defendants' unopposed motion to dismiss (docket no. 66) is **GRANTED** and that defendants Keith Rose and Northern Edge Institute of Rehabilitation, P.C. are dismissed from this action.


Dated:  May 9, 2008
          /s/ Hugh W. Brenneman, Jr.
          HUGH W. BRENNEMAN, JR.
          United States Magistrate Judge