UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAMELA S. SMITH,

        Plaintiff,

vs.

Case No. 1:06-cv-89

Hon. Hugh W. Brenneman, Jr.

OSCEOLA COUNTY, JAMES CRAWFORD,
DAVID FOWLER, KEITH ROSE, and,
NORTHERN EDGE INSTITUTE OF
REHABILITATION, P.C.,

        Defendants.

_____/

## JUDGMENT ORDER

For the reasons as set forth in the court's opinion,

**IT IS HEREBY ORDERED** that defendants' motion for summary judgment (docket no. 50) is **GRANTED** as to Count I and judgment is entered in favor of defendants Osceola County, James Crawford and David Fowler on those claims.

**IT IS FURTHER ORDERED** that defendants' motion for summary judgment (docket no. 50) is **DENIED** as to plaintiff's state law claims against defendants as set forth in Counts II and IV.

**IT IS FURTHER ORDERED** that plaintiff's state law claims as set forth in Counts II and IV will be **DISMISSED** without prejudice for lack of federal jurisdiction pursuant to 28 U.S.C. § 1367.

Dated: May 9, 2008

        /s/ Hugh W. Brenneman, Jr.
        HUGH W. BRENNEMAN, JR.
        United States Magistrate Judge